**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Beau W. CHERMER, Petitioner**

**No. 159 WAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

### ORDER

PER CURIAM

**AND NOW,** this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Wecht did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Vernon WILLIAMS, Petitioner**

**No. 206 WAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

### ORDER

PER CURIAM

**AND NOW,** this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Dominique Lee MOFFATT, Petitioner**

**No. 182 WAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

### ORDER

PER CURIAM

**AND NOW,** this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**